1074

[No. 64398-3-I. Division One. September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERWIN GRINGO CORALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01923-8, Gregory P. Canova, J., entered October 9, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Ellington, J.

[No. 64474-2-I. Division One. September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER PAUL HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05143-3, Richard D. Eadie, J., entered October 29, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Schindler and Lau, JJ.

[No. 64889-6-I. Division One. September 27, 2010.]

*In the Matter of the Personal Restraint of* EDWARD JOSEPH FORNSBY, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.

[No. 64937-0-I. Division One. September 27, 2010.]

BATTLE GROUND PLAZA, LLC, *Respondent*, v. DOUGLAS M. RAY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-00973-9, John F. Nichols, J., entered May 28, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Grosse, J.